THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiffs, <br><br> v. <br><br> FRED HILL MATERIALS, INC., a Washington corporation, <br> Defendant. | NO. C09-0921-RSL <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER coming to be heard upon Plaintiff's Motion for Summary Judgment, Plaintiff appearing through its attorney, Russell J. Reid of Reid, Pedersen, McCarthy & Ballew, L.L.P., and Defendant appearing through its attorney, Matthew Lind of Sherrard McGonagle Bohannon & Miller, and the Court being fully advised, now, therefore:

IT IS HEREBY ORDERED AND DECREED:

1. Plaintiffs' Motion for Summary Judgment is GRANTED;

2. Judgment is awarded in favor of Plaintiff's Trust Fund against Defendant, Fred Hill Materials, Inc., in the amounts hereinafter listed, which amounts are due to the Plaintiff for the employment period of April 2009 through July 2009;

A. 14,670.60 for contributions;

B. $2,934.12 for liquidated damages;

C. $247.36 for interest as of August 12, 2009 (additional amounts still accruing);

D. $345.75 for attorneys' fees; and

E. $446.45 for costs.


ORDER ENTERED THIS 4th day of November, 2009.


_____
THE HONORABLE ROBERT S. LASNIK


PRESENTED FOR ENTRY:

REID, PEDERSEN, McCARTHY & BALLEW, L.L.P.

s/Russell J. Reid_____
Russell J. Reid, WSBA #2560
Attorneys for Plaintiff